UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VINCENT MAXWELL, ROCHELLE T. SPANN, WILLIAM BINION, PAMELA TERELL, MELINDA WILLIAMS f/k/a MIAL, DESMON SMITH, EUGENE JOHNSON, KIM McMICHAEL-JONES, DAPHNE SPRINGS, YUMEIKA HUNT, NICOLE GREEN, SANDRA SAMPSON, SONYA L. HAWKINS, and ANGELENA WALLER,

    Hon. Avern Cohn

    Magistrate Judge Virginia M. Morgan

    Civil Action No. 03-73134

Plaintiffs,

vs

MGM GRAND DETROIT, LLC,
a Delaware Limited Liability Company,

Defendant.

---

| | |
|---|---|
| Lynn H. Shecter (P24845) | Lawrence G. Campbell (P11553) |
| Michelle E. Vocht (P32924) | Louis Theros (P42970) |
| Roy, Shecter & Vocht, PC | Dickinson Wright PLLC |
| Attorneys for Plaintiffs | Attorneys for Defendant |
| 36700 Woodward Avenue, Suite 205 | 500 Woodward Avenue, Suite 4000 |
| Bloomfield Hills, Michigan  48304 | Detroit, Michigan  48226 |
| (248) 540-7660 | (313) 223-3500 |
| | |
| Kendall B. Williams (P27896) | |
| The Williams Firm, PC | |
| Attorneys for Plaintiffs | |
| 8263 South Saginaw Street | |
| Grand Blanc, Michigan  48439 | |
| (810) 695-7777 | |

---

## ORDER DISMISSING WILLIAM BINION

The Court having granted Roy, Shecter & Vocht's to Motion to Withdraw As Counsel for

Plaintiff William Binion Only, And to Sever His Claims, on December 7, 2005; the Court having

entered an Order giving Plaintiff William Binion thirty (30) days to seek other counsel, there

being no entry in the Court's docket of an appearance of counsel for Mr. Binion, and the Court

being otherwise duly advised in the premises;

Pursuant to that Order, **IT IS HEREBY ORDERED** that Plaintiff William Binion is, and

his claims against Defendant are, hereby dismissed without prejudice from this action.


Dated:  January 24, 2006                              s/ Avern Cohn
                                                      U.S. District Court Judge